ANGLO AMERICAN ADVERTISING CO., INC., Appellant, *v.* MAXMILLEN HOLDING CORPORATION, Respondent.

(Argued April 30, 1929; decided May 28, 1929.)

*Alexander Slater* and *William R. Altman* for appellant.
*J. Nathan Helfat* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.